The following constitutes
the order of the court. Signed September 02, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge
_____

ARNOLD L. GRAFF (CA SBN 269170)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>TOMY L WILKERSON, JR. AND<br>CHANDRA F REED-WILKERSON,<br><br>Debtor(s). | Case No. 11-47539<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE:<br>AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number nineteen (19), is hereby approved and made an order of the court.

**END OF ORDER**

- 1 -

**COURT SERVICE LIST**

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Tomy L Wilkerson, Jr. and Chandra F Reed-Wilkerson
444 La Paloma Road
El Sobrante, CA 94803

**DEBTOR(S) ATTORNEY**

Keith Wood
260 California St. #801
San Francisco, CA 94111

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004